ROSENBERG & ESTIS, PC
733 Third Avenue
New York, New York 10017
Tel: (212) 867-6000
Howard W. Kingsley, Esq.

*Attorneys for Paramount Group, Inc., as agent
for PGREF I, 1633 Broadway Tower, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                       :

In re                              :   CHAPTER 11

                                    :

1633 BROADWAY MARS RESTAURANT CORP.  :   CASE NO. 07-140662 (ALG)

                                    :

            Debtor.              :

------------------------------------------------------------------ x

## <u>NOTICE OF APPEAL</u>

Paramount Group, Inc., as agent for PGREF I, 1633 Broadway Tower L.P. appeals from

the bankruptcy judge's Order denying, *inter alia*, Paramount's Lift-Stay Motion (Docket Entry

No. 57) entered in this proceeding on February 7, 2008.

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

<u>APPELLANT</u>:

Paramount Group, Inc., as agent for PGREF I,
1633 Broadway Tower L.P.

Represented by:

ROSENBERG & ESTIS, PC
733 Third Avenue
New York, New York 10017
Telephone: (212) 867-6000

RE\45400\0043\358064v1

APPELLEE:

1633 Broadway Mars Restaurant Corp.

Represented by:

Hofheimer Gantlin & Gross, LLP
530 Fifth Avenue
New York, New York 10036
Telephone:  (212) 818-9000

and

Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Telephone:  (212) 592-1400


Dated: New York, New York
       February 15, 2008

Respectfully submitted,

ROSENBERG & ESTIS, P.C.
*Counsel for Paramount Group, Inc., as agent*
*for PGREF I, 1633 Broadway Tower L.P.*

By: _____
     Howard W. Kingsley (HK-7055)
733 Third Avenue
New York, New York 10017
Tel:  (212) 867-6000

2