UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>1633 BROADWAY MARS RESTAURANT CORP.,<br><br>Debtor. | Case No. 08-CV-04543 (TPG) |

## NOTICE OF MOTION OF APPELLANT
## TO DISMISS DOCKETED APPEAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law dated June 2, 2008, and the Declaration of Constantine D. Pourakis dated June 2, 2008 and exhibits attached thereto, Appellant Paramount Group, Inc., as agent for PGREF I, 1633 Broadway Tower L.P. ("Paramount") will move this Court before the Honorable Thomas P. Griesa, United States District Judge, 500 Pearl Street, Courtroom 26B, New York, New York, for an Order dismissing Paramount's appeal, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), from the February 7, 2008 order of the Bankruptcy Court for the Southern District of New York denying, *inter alia*, Paramount's motion for relief from the automatic stay, which was docketed with this Court on May 16, 2008.

Dated:  New York, New York
         June 2, 2008

                                        **STEVENS & LEE, P.C.**

                                        By: _/s/ Chester B. Salomon_
                                            Chester B. Salomon
                                            Constantine D. Pourakis
                                            485 Madison Avenue, 20th Floor
                                            New York, New York 10022
                                            cs@stevenslee.com
                                            cp@stevenslee.com
                                            (212) 319-8500

-and-

**ROSENBERG & ESTIS, P.C.**
733 Third Avenue
New York, New York 10017
Howard W. Kingsley
hkingsley@rosenbergestis.com
(212) 867-6000

Counsel for Appellant Paramount Group, Inc., as agent for PGREF I, 1633 Broadway Tower, L.P.

2